UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYLAN CORRAL, | Case No. 2:23-cv-05294-CAS (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| JOHN DOES 1-10, | |
| Defendants. | |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 4, 2023

_____
CHRISTINA A. SNYDER
United States District Judge